|   |   |   |
|---|---|---|
| 1 | | ŦŒÒËŽąˆåÁĐĐŦŒŦ |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | UNITED STATES OF AMERICA | |
| 7 | NORTHERN DISTRICT OF CALIFORNIA | |
| 8 | SAN JOSE DIVISION | |

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. CR 09-0018 JF |
| Plaintiff, | ) ) | [~~PROPOSED~~] FINAL ORDER OF FORFEITURE |
| v. | ) ) | |
| AUSAF UMAR SIDDIQUI, | ) ) | |
| Defendant. | ) ) | |

On January 04, 2012, the Court entered a Preliminary Order of Forfeiture forfeiting the following property, a Forfeiture Money Judgment in the amount of $65,584,864 (hereinafter "forfeiture money judgment"); $16,578.22 of funds seized from Wells Fargo Business Checking Account #xxxxxx7028 in the name of PC International; $38,329.92 of funds seized from Advantage Plus Checking Account #xxxxxx2964 in the name of A-Umar Siddiqui; a model year 2006 Mercedes Benz CLS 55, VIN number WDDDJ76X06A057058; $30,100 seized from the defendant's briefcase; 3100 British Pounds seized from the defendant's briefcase; 240 Euros of funds seized from the defendant's briefcase; Ten Wells Fargo debit cards seized from the defendant's briefcase; Three SmartOne Visa debit cards of funds seized from the defendant's briefcase, and A model year 2002 Ferrari 360, VIN number ZFFYT53A620128419, pursuant to Title 18, United States Code, Section 981(a)(1)(C); Title 28, United States Code, Section 2461(c) and Title 18, United States Code, Section 982.

The United States represents that it has complied with the publication and notice requirements of the Preliminary Order and that no petitions have been filed.

|   |   |
|---|---|
| 1 | THEREFORE, it is ordered that the above-described property shall be forfeited to the United States, pursuant to Title 18, United States Code, Section 981(a)(1)(C); Title 28, United States Code, Section 2461(c) and Title 18, United States Code, Section 982.  All right, title, and interest in said property is vested in the United States of America.  The appropriate federal agency shall dispose of the forfeited property according to law. |

Dated: 

_____
JEREMY FOGEL
United States District Judge