Mark S. Bostick, Bar No. 111241
Elizabeth Berke-Dreyfuss, Bar No. 114651
**WENDEL,ROSEN, BLACK & DEAN LLP**
1111 Broadway, 24th Floor
Oakland, California 94607
Telephone: (510) 834-6600
Fax: (510) 834-1928
Email: edreyfuss@wendel.com

Attorneys for Interested Party
Carol Wu, Trustee of the Chapter 7 Bankruptcy
Estate of Ausaf Umar Siddiqui

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>AUSAF UMAR SIDDQUI,<br><br>Defendant. | Case No. CR 09-0018 JF<br><br>**[PROPOSED] ORDER GRANTING EX PARTE MOTION FOR RELEASE OF BAIL PROCEEDS** |

Based upon the EX PARTE MOTION FOR RELEASE OF BAIL PROCEEDS, filed by CAROL WU, Trustee ("TRUSTEE") of the Chapter 7 Bankruptcy Estate for AUSAF UMAR SIDDIQUI, and based upon the declaration and request for judicial notice filed in support thereof, and good cause appearing therefore,

IT IS HEREBY ORDERED that the Clerk of this Court be and is hereby directed to remit the BAIL PROCEEDS in the approximate sum of $76,237.00 held by the Clerk to the TRUSTEE care of her counsel, Wendel, Rosen, Black & Dean LLP.

Dated: _____

_____
JEREMY FOGEL
United States District Judge

*ADMINISTRATIVE MOTION FOR RELEASE OF BAIL PROCEEDS - Case No. CR 09-0018 JF*

012088.0012\2408780.1